IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

---

UNITED STATES OF AMERICA :
: CASE NO. 1:10 CR 228
Plaintiff :
:
-vs- :
:
LaWANDA F. HAIRSTON aka : ORDER ACCEPTING PLEA AND
LaWanda Hamilton : JUDGMENT AND NOTICE OF HEARING
:
Defendant :

---

UNITED STATES DISTRICT JUDGE LESLEY WELLS

This case is before the Court on a Report and Recommendation filed by United States Magistrate Judge William H. Baughman, Jr. regarding the change of plea hearing of LaWanda F. Hairston aka LaWanda Hamilton which was referred to the Magistrate Judge with the consent of the parties.

On 18 May 2010, the government filed a two-count indictment against LaWanda F. Hairston aka LaWanda Hamilton for theft of government funds in violation of 18 U.S.C. § 641, and use of a false identity in violation of 42 U.S.C. § 408(a)(4). On 4 June 2010, a hearing was held in which LaWanda F. Hairston aka LaWanda Hamilton entered a plea of not guilty before Magistrate Judge Kenneth S. McHargh. On 17 February 2011, Magistrate Judge Baughman received LaWanda F. Hairston aka LaWanda Hamilton's plea of guilty and issued a Report and

Recommendation ("R&R") concerning whether the plea should be accepted and a finding of guilty entered.

Neither party submitted objections to the Magistrate Judge's R&R in the ten days after it was issued.

On de novo review of the record, the Magistrate Judge's R&R is adopted. LaWanda F. Hairston aka LaWanda Hamilton is found to be competent to enter a plea. She understands her constitutional rights. She is aware of the charges and of the consequences of entering a plea. There is an adequate factual basis for the plea. The Court finds the plea was entered knowingly, intelligently, and voluntarily. The plea is approved.

Therefore, LaWanda F. Hairston aka LaWanda Hamilton is adjudged guilty of Counts One and Two in violation of 18 U.S.C. § 641 and 42 U.S.C. § 408(a)(4).

Sentencing will be:

> **5 May 2011 at 9:30 a.m.**
>
> **Courtroom 16B**
> **16th Floor, United States District Court**
> **801 West Superior Avenue**
> **Cleveland, Ohio 44113**

IT IS SO ORDERED.

Dated: 13 March 2011

UNITED STATES DISTRICT JUDGE

2